### NAGEL v. ADLER et al.

(City Court of New York, General Term.  November 20, 1894.)

APPEAL—REVIEW—WEIGHT OF EVIDENCE.
 Verdict rendered on conflicting evidence will not be disturbed on appeal.

Appeal from trial term.

Action by Harris Christian Nagel against Albert A. Adler and Rosa Adler.  From a judgment entered on a verdict in favor of plaintiff, defendants appeal.  Affirmed.

Argued before EHRLICH, C. J., and VAN WYCK and McCARTHY, JJ.

Philipp J. Britt, for appellants.
Charles L. Hubbell, for respondent.

McCARTHY, J.  This trial involved a question of fact, which was fairly submitted under proper instructions.  The jury having found on the facts against the defendants, and on conflicting evidence, we see no reason to disturb the same.  Judgment is therefore affirmed, with costs.  All concur.